# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| Cincinnati Insurance Company, | ) | |
| | ) | Case No. 4:09-cv-01379-TLW-TER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Crossmann Communities of North Carolina, Inc.; Crossmann Communities, Inc.; Beazer Homes Investment Corporation; and True Blue Golf & Racquet Resort Homeowners' Association, Inc., | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| Crossmann Communities of North Carolina, Inc., Crossmann Communities, Inc., and Beazer Homes Investment Corporation, | ) ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Harleysville Mutual Insurance Company, | ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |
| Harleysville Mutual Insurance Company, | ) ) | |
| | ) | |
| Fourth-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Indiana Insurance Company, Massachusetts Bay Insurance Company, Regent Insurance Company, Illinois Union Insurance Company, Liberty Mutual Insurance | ) ) ) ) ) | |

1

|  |  |
|---|---|
| Company, Zurich American Insurance Company, | ) ) ) |
| Fourth-Party Defendants. | ) ) ) |

## ORDER

     Currently before this Court is the "Motion to Dismiss Third-Party Plaintiff Harleysville Mutual Insurance Company's Fourth-Party Complaint or, in the Alternative, Motion for Summary Judgment," filed by Fourth-Party Defendant Massachusetts Bay Insurance Company and the "Fourth Party Defendant Indiana Insurance Company's Motion to Dismiss and for Summary Judgment." (Docs. # 67 and 78). The South Carolina Supreme Court has issued an Opinion in a related matter concerning parties currently before this Court. <u>Crossman Communities of North Carolina, Inc. v. Harleysville Mut. Ins. Co.</u>, --- S.E.2d ----, 2011 WL 93716 (S.C. January 7, 2011). In light of this Opinion, this Court moots the pending motions, (Docs. # 67 and 78), with the parties having a right to re-file, if they so choose, after the South Carolina Supreme Court issues a decision regarding any pending motions to reconsider its decision in the above-cited case.

     **IT IS SO ORDERED**.

                                                                      s/Terry L. Wooten  
                                                   United States District Judge

March 25, 2011  
Florence, South Carolina