# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| Cincinnati Insurance Company, | ) | Case No. 4:09-CV-1379-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER GRANTING BEAZER'S** |
| | ) | **UNOPPOSED MOTION TO JOIN** |
| Crossmann Communities of North | ) | **BEAZER HOMES CORP. AS A** |
| Carolina, Inc.; Crossmann Communities, | ) | **DEFENDANT/THIRD-PARTY PLAINTIFF** |
| Inc.; Beazer Homes Investment | ) | |
| Corporation, and True Blue Golf & | ) | |
| Racquet Resort Homeowners' | ) | |
| Association, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| Crossmann Communities of North | ) | |
| Carolina, Inc.; Crossmann Communities, | ) | |
| Inc.; and Beazer Homes Investment | ) | |
| Corporation, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| Harleysville Mutual Insurance Company, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| Harleysville Mutual Insurance Company, | ) | |
| | ) | |
| Fourth-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Indiana Insurance Company, | ) | |
| Massachusetts Bay Insurance Company, | ) | |
| Regent Insurance Company, Illinois | ) | |
| Union Insurance Company, Liberty | ) | |
| Mutual Insurance Company, Zurich | ) | |
| American Insurance Company, | ) | |
| | ) | |
| Fourth-Party Defendants. | ) | |

Before the Court is Beazer's Unopposed Motion to Join Beazer Homes Corp. as a Defendant/Third-Party Plaintiff in this action. Based on the record herein, including the absence

2

of any opposition to the motion by the Parties to this case:

    IT IS HEREBY ORDERED that Beazer's Unopposed Motion to Join Beazer Homes Corp. as a Defendant/Third-Party Plaintiff is GRANTED; and

    IT IS HEREBY FURTHER ORDERED that Beazer Homes Corp. is joined as a Defendant/Third-Party Plaintiff in this action.

IT IS SO ORDERED.

Dated: September 20, 2012                              s/R. Bryan Harwell
Florence, South Carolina                              R. Bryan Harwell
                                                          United States District Judge