IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Crossmann Communities of North Carolina, Inc.; Crossmann Communities, Inc.; Beazer Homes Investment Corporation, and Beazer Homes Corp., <br><br> Plaintiff, <br><br> v. <br><br> Harleysville Mutual Insurance Company, <br><br> Defendant. | Civil Action No.: 4:09-cv-1379-RBH <br><br> **TEMPORARY ORDER SEALING CERTAIN EXHIBITS** |

This matter comes before the court on the joint motion of Crossman Communities of North Carolina, Inc.; Crossmann Communities, Inc.; Beazer Homes Investment Corporation; Beazer Homes Corporation; and Harleysville Mutual Insurance Company to file certain trial exhibits under seal. [ECF No. 345].

The court has reviewed the Joint Motion submitted on this matter and heard from counsel. In accordance with *In re Knight Publishing Company,* 743 F.2d 231 (4th Cir. 1984), the court grants the foregoing motion to seal on a temporary basis. Because *In re Knight* requires the court to provide public notice of a party's request to seal and allow interested parties an opportunity to object, this order temporarily grants the motions to seal. Any interested party who wishes to object to the permanent sealing of the documents at issue may file a notice of appearance and state its objections. In the event any objections are filed, the court will schedule a hearing on the motion to seal and hear the arguments of all parties. Should no objections be filed by August 23, 2013, the Court will consider converting the temporary order into a permanent order to seal.

    IT IS SO ORDERED.

August 15, 2013                          <u>s/R. Bryan Harwell</u>  
Florence, SC                             United States District Judge